**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:  PAMELA WOLKE
       AND ANDREW WOLKE    :   17-15277- REF
                                                        :
                Debtors                :   Chapter 13

ORDER

AND NOW, upon consideration of Debtors' Motion To Modify Plan After Confirmation, the Plan is modified to include the claim of Internal Revenue Service, pursuant to the First Post Confirmation Chapter 13 Plan.

*BY THE COURT:*

**Date: May 30, 2019**

*, UCBJ*