United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 17-15277-ref
Pamela Christine Wolke                                                Chapter 13
Andrew William Wolke
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith              Page 1 of 1              Date Rcvd: May 30, 2019
                              Form ID: pdf900          Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2019.
db/jdb         Pamela Christine Wolke,    Andrew William Wolke,    21 Country Side Ct,    Easton, PA 18045-7458
aty           +CHRISTOPHER K. BAXTER,    Marinosci & Baxter,    14643 Dallas Parkway, Suite 750,
               Wellington Center,    Dallas, TX 75254-8884
cr            +Wilmington Savings Fund Society, FSB,    Marinosci Law Group, P.C.,    c/o Frederic Dispigna,
               100 West Cypress Creek Road,    Suite 1045,    Fort Lauderdale, FL 33309-2191

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 31 2019 03:03:00      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2019                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Pamela Christine Wolke feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Andrew William Wolke feldmanfiling@rcn.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION**

IN RE:  PAMELA WOLKE
       AND ANDREW WOLKE    :   17-15277- REF
                                               :
       Debtors                     :   Chapter 13

ORDER

AND NOW, upon consideration of Debtors' Motion To Modify Plan After Confirmation, the Plan is modified to include the claim of Internal Revenue Service, pursuant to the First Post Confirmation Chapter 13 Plan.

**Date: May 30, 2019**

*BY THE COURT:*

_____
*, UCBJ*