**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: PAMELA CHRISTINE WOLKE | : | |
| ANDREW WILLIAM WOLKE | : | CHAPTER 13 |
| | : | |
| Debtors | : | Bky No. 17-15277- elf |

### ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon consideration of the First Post Confirmation Application for Compensation of attorney for the debtors and supporting exhibits, it is hereby **ORDERED** that additional compensation of $1,000.00 is **ALLOWED** and may be distributed by the Chapter 13 Trustee

Date: 7/12/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**