United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15277-elf
Pamela Christine Wolke                                                  Chapter 13
Andrew William Wolke
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: John              Page 1 of 1              Date Rcvd: Jul 12, 2019
                              Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 14, 2019.
db/jdb         Pamela Christine Wolke,    Andrew William Wolke,    21 Country Side Ct,    Easton, PA  18045-7458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2019 03:12:33      U.S. Attorney Office,
                c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2019 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Andrew William Wolke feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Debtor Pamela Christine Wolke feldmanfiling@rcn.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. ahight@schillerknapp.com,
               ahight@schillerknapp.com;Tshariff@schillerknapp.com;kcollins@schillerknapp.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: PAMELA CHRISTINE WOLKE      :
       ANDREW WILLIAM WOLKE      :      CHAPTER 13
                                             :
              Debtors      :      Bky No.  17-15277- elf

## ORDER ALLOWING ATTORNEY'S FEES AND EXPENSES

Upon consideration of the First Post Confirmation Application for

Compensation of attorney for the debtors and  supporting  exhibits,   it is hereby

**ORDERED** that additional compensation of $1,000.00 is **ALLOWED** and may be

distributed by the Chapter 13 Trustee

Date:  7/12/19

_____
**ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**