United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 17-15277-pmm
Pamela Christine Wolke                                                  Chapter 13
Andrew William Wolke
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: John              Page 1 of 2              Date Rcvd: May 21, 2020
                              Form ID: pdf900         Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2020.
```
db/jdb         Pamela Christine Wolke,    Andrew William Wolke,    21 Country Side Ct,    Easton, PA  18045-7458
aty           +CHRISTOPHER K. BAXTER,    Marinosci & Baxter,    14643 Dallas Parkway, Suite 750,
                Wellington Center,    Dallas, TX 75254-8884
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +Wilmington Savings Fund Society, FSB,    Marinosci Law Group, P.C.,    c/o Frederic Dispigna,
                100 West Cypress Creek Road,    Suite 1045,    Fort Lauderdale, FL 33309-2191
13962231       Wilmington Savings Fund Society,    9990 Richmond Ave Ste 400,    Houston, TX  77042-4546
13990989      +Wilmington Savings Fund Society,    d/b/a Christiana Trust,    c/o Christopher K. Baxter, Esq.,
                14643 Dallas Parkway, Ste 750,    Dallas, TX 75254-8884
14269325      +Wilmington Savings Fund Society, FSB,    c/o RAS Crane, LLC,    Bankruptcy Department,
                10700 Abbott's Bridge Road, Ste 170,    Duluth, GA 30097-8461
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 22 2020 02:54:32
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 22 2020 02:54:39     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr            +E-mail/PDF: gecsedi@recoverycorp.com May 22 2020 03:01:49      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14030209      +E-mail/Text: bkteam@selenefinance.com May 22 2020 02:54:30
                Wilmington Savings Fund Society, FSB, d/b/a Christ,    C/O Selene Finance LP,
                9990 Richmond Avenue Suite 400 South,    Houston, TX 77042-4546
                                                                                               TOTAL: 4
```

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 21, 2020 at the address(es) listed below:
```
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Pamela Christine Wolke feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Andrew William Wolke feldmanfiling@rcn.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
```

```
District/off: 0313-4          User: John              Page 2 of 2            Date Rcvd: May 21, 2020
                              Form ID: pdf900         Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 9

IN
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Pamela Christine Wolke<br>Andrew William Wolke<br>　　　　Debtors | CHAPTER 13 |
| Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust<br>　　　　Movant<br>vs. | NO. 17-15277 PMM |
| Pamela Christine Wolke<br>Andrew William Wolke<br>　　　　Debtors | 11 U.S.C. Section 362 |
| Scott F. Waterman, Esquire<br>　　　　Trustee | |

## STIPULATION

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$1,031.00** which breaks down as follows;

   Fees & Costs Relating to Motion:　$1,031.00
   **Total Post-Petition Arrears**　　$1,031.00

2. The Debtor shall cure said arrearages in the following manner:

   a). The fees and costs in the amount of $1,031.00 will be recovered through a Notice of Post-Petition Mortgage Expenses, Fees, and Charges.

3. Beginning with the payment due May 1, 2020 and continuing thereafter, Debtor shall pay to Movant the present regular monthly mortgage payment of $1,371.21, which represents the regular monthly mortgage payment of $1,637.49, less a suspense balance of $266.45 (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month).

4. Should Debtor provide sufficient proof of payments made, but not credited (front & back copies of cancelled checks and/or money orders), Movant shall adjust the account accordingly.

5. In the event the payments under Section 3 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtor and Debtor's attorney of the default in writing

and the Debtor may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant immediate relief from the automatic stay and waiving the stay provided by Bankruptcy Rule 4001(a)(3).

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the Court and the Court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date:   May 8, 2020

By: /s/ Rebecca A. Solarz, Esquire
Attorney for Movant

Date: 5/18/2020

Lynn E. Feldman, Esquire
Attorney for Debtors

Date: May 20, 2020

/s/ Polly A. Langdon, Esquire, for
Scott F. Waterman, Esquire
Chapter 13 Trustee

Approved by the Court this  21st  day of   May  , 2020. However, the court retains discretion regarding entry of any further order.

Bankruptcy Judge
Patricia M. Mayer