IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE: PAMELA CHRISTINE WOLKE    :
      ANDREW WILLIAM WOLKE    :    CHAPTER 13
                                    :
      Debtors    :    Bky No. 17-15277- PMM

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING

Lynn E. Feldman, Esquire has filed a Second Motion to Modify Plan After Confirmation.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the Court to grant the Second Motion to Modify Plan After Confirmation or of you want the Court to consider your views on the Motion, then on or before **June 19, 2020** your attorney must do <u>all</u> of the following:

(a) File an answer explaining your position at:

**United States Bankruptcy Court
The Gateway Building
201 Penn Street
Reading, PA 19601**

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) Mail a copy to the Movant's Attorney:

Lynn E. Feldman, Esquire
Feldman Law Offices, P.C.
221 N. Cedar Crest Blvd.
Allentown, PA 18104
Telephone No.: (610) 530-9285
Facsimile No.: (610) 437-7011

      2.    If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the Motion.

      3.    A hearing on the Motion is scheduled to be held before the Honorable Patricia M. Mayer on **Thursday, June 25, 2020 at 11:00 a.m.** in **the United States Bankruptcy Court, The Gateway Building, 4th Floor, 201 Penn Street, Reading, PA  19601.  To be held telephonically by dialing 1.888-636-3807, Access Code 4954493. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed material factual issues in the manner directed by Fed. R. Bankr. P. 9014(d).**

      4.    If a copy of their motion is not enclosed, a copy of one will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5.    You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the Hearing has been canceled because no one filed an answer.


Date: _May 29, 2020_                          _/s/ Lynn E. Feldman, Esquire_
                                                        LYNN E. FELDMAN, ESQUIRE
                                                        Attorney for Debtor
                                                        PA I.D. No. 35996
                                                        221 N. Cedar Crest Blvd.
                                                        Allentown, PA  18104
                                                        (610) 530-9285