**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  PAMELA WOLKE  :  | |
| AND ANDREW WOLKE : 17-15277- pmm |
| : | |
| Debtors : Chapter 13 | |

### ORDER

AND NOW, upon consideration of Debtors' Motion To Modify Plan After Confirmation, the Plan is modified to include the costs and fees claim of Wilmington Savings Fund society, FSB and to extend the Plan to 84 months, pursuant the Second Post Confirmation Chapter 13 Plan.

**BY THE COURT:**

*Patricia M. Mayer*

**Date: June 25, 2020**

_____
, UCBJ