```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
```

In re:                                                              Case No. 17-15277-pmm
Pamela Christine Wolke                                              Chapter 13
Andrew William Wolke
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Antoinett          Page 1 of 1              Date Rcvd: Jun 26, 2020
                             Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2020.
db/jdb         Pamela Christine Wolke,    Andrew William Wolke,    21 Country Side Ct,    Easton, PA  18045-7458

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              LYNN E. FELDMAN    on behalf of Debtor Pamela Christine Wolke feldmanfiling@rcn.com
              LYNN E. FELDMAN    on behalf of Joint Debtor Andrew William Wolke feldmanfiling@rcn.com
              MARTIN A. MOONEY    on behalf of Creditor    TD BANK, N.A. lgadomski@schillerknapp.com,
               kcollins@schillerknapp.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a
               Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust
               bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  PAMELA WOLKE           :
       AND ANDREW WOLKE      :     17-15277- pmm
                                    :
       Debtors                  :     Chapter 13

ORDER

AND NOW, upon consideration of Debtors' Motion To Modify Plan After Confirmation, the Plan is modified to include the costs and fees claim of Wilmington Savings Fund society, FSB and to extend the Plan to 84 months, pursuant the Second Post Confirmation Chapter 13 Plan.

*BY THE COURT:*

*Patricia M. Mayer*
_____
, UCBJ

**Date: June 25, 2020**