| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 17-15277-PMM

ANDREW WILLIAM WOLKE  
PAMELA CHRISTINE WOLKE  
21 COUNTRY SIDE CT  
EASTON  PA   18045-7458

Petition Filed Date: 08/02/2017  
341 Hearing Date: 10/03/2017  
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2019 | $1,357.51 | 12555 | 03/04/2019 | $1,357.51 | 12620 | 04/01/2019 | $1,357.51 | 12664 |
| 04/24/2019 | $1,357.51 | 12704 | 06/07/2019 | $1,357.51 | 12790 | 07/09/2019 | $1,400.00 | 12832 |
| 08/07/2019 | $1,957.51 | 12886 | 09/13/2019 | $1,957.51 | 15581 | 10/25/2019 | $1,957.51 | 15645 |
| 12/17/2019 | $1,957.51 | 15747 | 01/17/2020 | $1,957.51 | 15807 | 03/04/2020 | $1,957.51 | 15902 |
| 04/08/2020 | $1,957.51 | 15972 | 06/11/2020 | $1,957.57 | 16100 | 07/21/2020 | $1,031.56 | 16180 |

**Total Receipts for the Period: $24,879.25    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $43,731.35**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN EXP CENTURION BANK<br>»» 007 | Unsecured Creditors | $2,328.72 | $0.00 | $2,328.72 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $120.22 | $16.68 | $103.54 |
| 5 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 005 | Unsecured Creditors | $11,424.90 | $0.00 | $11,424.90 |
| 6 | BECKET & LEE, LLP<br>»» 006 | Unsecured Creditors | $1,084.41 | $0.00 | $1,084.41 |
| 4 | CAVALRY INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $4,496.69 | $0.00 | $4,496.69 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,062.25 | $0.00 | $1,062.25 |
| 15 | UNITED STATES TREASURY (IRS)<br>»» 15P | Priority Creditors | $10,459.00 | $10,459.00 | $0.00 |
| 11 | KEYSTONE COLLECTIONS GROUP<br>»» 011 | Priority Creditors | $117.50 | $117.50 | $0.00 |
| 12 | KEYSTONE COLLECTIONS GROUP<br>»» 012 | Priority Creditors | $117.50 | $117.50 | $0.00 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»» 09P | Priority Creditors | $1,171.63 | $1,171.63 | $0.00 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»» 09U | Unsecured Creditors | $328.47 | $0.00 | $328.47 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 10P | Priority Creditors | $1,171.59 | $1,171.59 | $0.00 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 10U | Unsecured Creditors | $328.43 | $0.00 | $328.43 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Creditors | $1,254.88 | $1,254.88 | $0.00 |

**Chapter 13 Case No. 17-15277-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $70.83 | $0.00 | $70.83 |
| 8 | SELENE FINANCE<br>»» 008 | Mortgage Arrears | $34,353.54 | $11,069.72 | $23,283.82 |
| 13 | TD BANK NA<br>»» 013 | Mortgage Arrears | $29,742.12 | $9,583.84 | $20,158.28 |
| 14 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $233.56 | $0.00 | $233.56 |
| 15 | LYNN E FELDMAN ESQ<br>»» 015 | Attorney Fees | $3,070.00 | $3,070.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $750.00 | $0.00 | $750.00 |
| 16 | SELENE FINANCE<br>»» 08P | Secured Creditors | $1,031.00 | $18.45 | $1,012.55 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $43,731.35 | Current Monthly Payment: | $1,031.56 |
| Paid to Claims: | $38,050.79 | Arrearages: | ($926.01) |
| Paid to Trustee: | $3,790.51 | Total Plan Base: | $92,320.22 |
| Funds on Hand: | $1,890.05 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.