| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-15277-PMM

ANDREW WILLIAM WOLKE
PAMELA CHRISTINE WOLKE
21 COUNTRY SIDE CT
EASTON PA 18045-7458

Petition Filed Date: 08/02/2017
341 Hearing Date: 10/03/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/17/2020 | $1,957.51 | 15807 | 03/04/2020 | $1,957.51 | 15902 | 04/08/2020 | $1,957.51 | 15972 |
| 06/11/2020 | $1,957.57 | 16100 | 07/21/2020 | $1,031.56 | 16180 | 08/18/2020 | $1,031.56 | 16221 |
| 09/30/2020 | $1,031.56 | 16302 | 12/07/2020 | $1,031.56 | 16417 | 04/07/2021 | $4,126.24 | |
| 04/08/2021 | $129.00 | | 05/04/2021 | $1,031.56 | | 06/01/2021 | $1,037.55 | |

**Total Receipts for the Period: $18,280.69    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $53,150.38**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN EXP CENTURION BANK<br>»» 007 | Unsecured Creditors | $2,328.72 | $0.00 | $2,328.72 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $120.22 | $32.56 | $87.66 |
| 5 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 005 | Unsecured Creditors | $11,424.90 | $0.00 | $11,424.90 |
| 6 | BECKET & LEE, LLP<br>»» 006 | Unsecured Creditors | $1,084.41 | $0.00 | $1,084.41 |
| 4 | CAVALRY INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $4,496.69 | $0.00 | $4,496.69 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,062.25 | $0.00 | $1,062.25 |
| 15 | UNITED STATES TREASURY (IRS)<br>»» 15P | Priority Creditors | $10,459.00 | $10,459.00 | $0.00 |
| 11 | KEYSTONE COLLECTIONS GROUP<br>»» 011 | Priority Creditors | $117.50 | $117.50 | $0.00 |
| 12 | KEYSTONE COLLECTIONS GROUP<br>»» 012 | Priority Creditors | $117.50 | $117.50 | $0.00 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»» 09P | Priority Creditors | $1,171.63 | $1,171.63 | $0.00 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»» 09U | Unsecured Creditors | $328.47 | $0.00 | $328.47 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 10P | Priority Creditors | $1,171.59 | $1,171.59 | $0.00 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 10U | Unsecured Creditors | $328.43 | $0.00 | $328.43 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Creditors | $1,254.88 | $1,254.88 | $0.00 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03U | Unsecured Creditors | $70.83 | $0.00 | $70.83 |

**Chapter 13 Case No. 17-15277-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 8 | SELENE FINANCE<br>»» 008 | Mortgage Arrears | $34,353.54 | $15,685.21 | $18,668.33 |
| 13 | TD BANK NA<br>»» 013 | Mortgage Arrears | $29,742.12 | $13,579.76 | $16,162.36 |
| 14 | TD BANK USA NA<br>»» 014 | Unsecured Creditors | $233.56 | $0.00 | $233.56 |
| 15 | LYNN E FELDMAN ESQ<br>»» 015 | Attorney Fees | $3,070.00 | $3,070.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 16 | SELENE FINANCE<br>»» 08P | Secured Creditors | $1,031.00 | $219.16 | $811.84 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $53,150.38 | Current Monthly Payment: | $1,031.56 |
| Paid to Claims: | $47,628.79 | Arrearages: | ($29.44) |
| Paid to Trustee: | $4,573.83 | Total Plan Base: | $92,320.22 |
| Funds on Hand: | $947.76 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.