# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| **Pamela Christine Wolke,** | : | Case No.   17-15277 – PMM |
| **Andrew William Wolke,** | : | |
| | : | |
| Debtors. | : | |

## O R D E R

**AND NOW**, upon consideration of Ally Financial, Inc.'s Motion for Relief from Stay re: 2012 Hyundai Tucson ("the Motion"), Doc. # 87, and the Debtors' Response, Doc. # 91;

**AND**, the parties having reported this matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **August 19, 2021,** the parties shall either file the Stipulation or a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result the Motion being denied without further notice or hearing.

Date:  July 20, 2021

*Patricia M. Mayer*

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**