**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | |
|   PAMELA WOLKE | : | |
|   ANDREW WOLKE | : | Chapter 13 |
| | : | |
| Debtors | : | Bky No: 17-15277-PMM |

## **PRAECIPE**

TO THE CLERK:

Kindly withdraw from the docket, entry # 100 "Modified Chapter 13 Plan Post Confirmation" filed in error on August 3, 2021.

DATE: <u>August 20, 2021</u>                      BY:    /s/ Lynn E. Feldman, Esquire
                                                                                                   Lynn E. Feldman, Esquire
                                                                                                   Attorney for Debtors
                                                                                                   PA   I.D. No. 35996
                                                                                                   2310 Walbert Ave, Ste. 103
                                                                                                   Allentown, PA  18104
                                                                                                   (610) 530-9285