**IN THE UNITED STATES BANKRUPTCY COURT
OF THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   PAMELA WOLKE                    :
         ANDREW WOLKE                   :
                                             :          CHAPTER 13
                                             :
                  Debtors            :          Bky No. 17-15277-PMM

**<u>PRAECIPE</u>**

TO THE CLERK:

      Kindly withdraw from the docket entry # 103 "Modified Chapter 13 Plan Post Petition" filed in error on August 20, 2021.

DATE: <u>August 31, 2021</u>             BY:   *<u>/s/ Lynn E. Feldman, Esquire</u>*
                                             Lynn E. Feldman, Esquire
                                             Attorney for Debtors
                                             PA   I.D. No. 35996
                                             2310 Walbert Ave, Ste. 103
                                             Allentown, PA  18104
                                             (610) 530-9285