**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  PAMELA WOLKE : | |
| AND ANDREW WOLKE : | 17-15277- PMM |
| : | |
| Debtors : | Chapter 13 |

ORDER

AND NOW, upon consideration of Debtors' Third Motion To Modify Chapter 13 Plan After Confirmation, Debtors' Third Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Debtors' Third Motion to Modify Chapter 13 Plan After Confirmation is GRANTED. It is further **ORDERED** that the ~~amendments in the~~ Third Amended Chapter 13 Plan ~~filed in conjunction with Debtor's Third Motion to Modify Chapter 13 Plan After Confirmation are hereby APPROVED, and Debtors' Third Post Confirmation Amended Chapter 13 Plan is hereby ADOPTED as the Confirmed Chapter 13 Plan, as Modified.~~ filed on August 31, 2021 (doc. no. 106) is CONFIRMED.

**Dated: September 2, 2021**          *BY THE COURT:*

*Patricia M. Mayer*

_____
                              *, UCBJ*