| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-15277-PMM

ANDREW WILLIAM  WOLKE
PAMELA CHRISTINE  WOLKE
21 COUNTRY SIDE CT
EASTON  PA    18045-7458

Petition Filed Date: 08/02/2017
341 Hearing Date: 10/03/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/07/2021 | $4,126.24 | | 04/08/2021 | $129.00 | | 05/04/2021 | $1,031.56 | |
| 06/01/2021 | $1,037.55 | | 07/06/2021 | $1,043.54 | | 08/09/2021 | $1,228.00 | |
| 09/10/2021 | $1,262.00 | | 10/08/2021 | $1,267.99 | | 11/08/2021 | $1,273.98 | |
| 12/09/2021 | $1,279.97 | | 01/11/2022 | $1,280.00 | | 02/10/2022 | $1,286.00 | |
| 03/10/2022 | $1,285.99 | | 04/08/2022 | $1,285.92 | | 05/09/2022 | $1,262.00 | |
| 06/10/2022 | $1,267.99 | | 07/12/2022 | $1,267.99 | | | | |

**Total Receipts for the Period:  $22,615.72    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $69,441.75**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN EXP CENTURION BANK<br>»»  007 | Unsecured Creditors | $2,328.72 | $0.00 | $2,328.72 |
| 1 | ALLY FINANCIAL<br>»»  001 | Secured Creditors | $120.22 | $64.86 | $55.36 |
| 5 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»»  005 | Unsecured Creditors | $11,424.90 | $0.00 | $11,424.90 |
| 6 | BECKET & LEE, LLP<br>»»  006 | Unsecured Creditors | $1,084.41 | $0.00 | $1,084.41 |
| 4 | CAVALRY SPV INVESTMENTS LLC<br>»»  004 | Unsecured Creditors | $4,496.69 | $0.00 | $4,496.69 |
| 2 | DISCOVER BANK<br>»»  002 | Unsecured Creditors | $1,062.25 | $0.00 | $1,062.25 |
| 15 | UNITED STATES TREASURY (IRS)<br>»»  15P | Priority Crediors | $10,459.00 | $10,459.00 | $0.00 |
| 11 | KEYSTONE COLLECTIONS GROUP<br>»»  011 | Priority Crediors | $117.50 | $117.50 | $0.00 |
| 12 | KEYSTONE COLLECTIONS GROUP<br>»»  012 | Priority Crediors | $117.50 | $117.50 | $0.00 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»»  09P | Priority Crediors | $1,171.63 | $1,171.63 | $0.00 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»»  09U | Unsecured Creditors | $328.47 | $0.00 | $328.47 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»»  10P | Priority Crediors | $1,171.59 | $1,171.59 | $0.00 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»»  10U | Unsecured Creditors | $328.43 | $0.00 | $328.43 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  03P | Priority Crediors | $1,254.88 | $1,254.88 | $0.00 |

**Chapter 13 Case No. 17-15277-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 3 | PA DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $70.83 | $0.00 | $70.83 |
| 8 | SELENE FINANCE LP »» 008 | Mortgage Arrears | $34,353.54 | $22,358.25 | $11,995.29 |
| 13 | TD BANK NA »» 013 | Mortgage Arrears | $29,742.12 | $19,357.05 | $10,385.07 |
| 14 | TD BANK USA NA »» 014 | Unsecured Creditors | $233.56 | $0.00 | $233.56 |
| 15 | LYNN E FELDMAN ESQ »» 015 | Attorney Fees | $3,070.00 | $3,070.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 16 | SELENE FINANCE LP »» 08P | Secured Creditors | $1,031.00 | $509.36 | $521.64 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $875.00 | $875.00 | $0.00 |
| 17 | ALLY FINANCIAL »» 01P | Secured Creditors | $6,863.55 | $2,209.31 | $4,654.24 |
| 18 | ALLY FINANCIAL | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | ACCOUNT RECEIVABLE SOLUTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | BERKHEIMER ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | BERKS CREDIT & COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | COLLECTION BUREAU OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | PROFESSIONAL ACCOUNT MANAGEMENT LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | TNB-TARGET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $69,441.75 | Current Monthly Payment: | $1,262.00 |
| Paid to Claims: | $63,485.93 | Arrearages: | $1,158.17 |
| Paid to Trustee: | $5,947.80 | Total Plan Base: | $100,887.92 |
| Funds on Hand: | $8.02 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.