| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 17-15277-PMM**

ANDREW WILLIAM WOLKE
PAMELA CHRISTINE WOLKE
21 COUNTRY SIDE CT
EASTON PA 18045-7458

Petition Filed Date: 08/02/2017
341 Hearing Date: 10/03/2017
Confirmation Date: 03/01/2018

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/09/2022 | $1,273.98 | | 09/13/2022 | $1,275.00 | | 10/12/2022 | $1,280.00 | |
| 11/09/2022 | $1,280.00 | | 12/12/2022 | $1,280.00 | | 01/11/2023 | $1,285.00 | |
| 02/09/2023 | $1,285.00 | | 03/10/2023 | $1,280.00 | | 04/10/2023 | $1,280.00 | |
| 05/09/2023 | $1,280.00 | | 06/13/2023 | $1,280.00 | | 07/11/2023 | $1,280.00 | |

**Total Receipts for the Period: $15,358.98    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $86,080.73**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 7 | AMERICAN EXP CENTURION BANK<br>»» 007 | Unsecured Creditors | $2,328.72 | $0.00 | $2,328.72 |
| 1 | ALLY FINANCIAL<br>»» 001 | Secured Creditors | $120.22 | $97.04 | $23.18 |
| 5 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»» 005 | Unsecured Creditors | $11,424.90 | $0.00 | $11,424.90 |
| 6 | CAPITAL ONE NA<br>»» 006 | Unsecured Creditors | $1,084.41 | $0.00 | $1,084.41 |
| 4 | CAVALRY SPV INVESTMENTS LLC<br>»» 004 | Unsecured Creditors | $4,496.69 | $0.00 | $4,496.69 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $1,062.25 | $0.00 | $1,062.25 |
| 15 | UNITED STATES TREASURY (IRS)<br>»» 15P | Priority Crediors | $10,459.00 | $10,459.00 | $0.00 |
| 11 | KEYSTONE COLLECTIONS GROUP<br>»» 011 | Priority Crediors | $117.50 | $117.50 | $0.00 |
| 12 | KEYSTONE COLLECTIONS GROUP<br>»» 012 | Priority Crediors | $117.50 | $117.50 | $0.00 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»» 09P | Priority Crediors | $1,171.63 | $1,171.63 | $0.00 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»» 09U | Unsecured Creditors | $328.47 | $0.00 | $328.47 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 10P | Priority Crediors | $1,171.59 | $1,171.59 | $0.00 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»» 10U | Unsecured Creditors | $328.43 | $0.00 | $328.43 |
| 3 | PA DEPARTMENT OF REVENUE<br>»» 03P | Priority Crediors | $1,254.88 | $1,254.88 | $0.00 |

**Chapter 13 Case No. 17-15277-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 3 | PA DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $70.83 | $0.00 | $70.83 |
| 8 | SELENE FINANCE LP »» 008 | Mortgage Arrears | $34,353.54 | $28,476.38 | $5,877.16 |
| 13 | TD BANK NA »» 013 | Mortgage Arrears | $29,742.12 | $24,653.89 | $5,088.23 |
| 14 | TD BANK USA NA »» 014 | Unsecured Creditors | $233.56 | $0.00 | $233.56 |
| 15 | LYNN E FELDMAN ESQ »» 015 | Attorney Fees | $3,070.00 | $3,070.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 16 | SELENE FINANCE LP »» 08P | Secured Creditors | $1,031.00 | $775.40 | $255.60 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $875.00 | $875.00 | $0.00 |
| 17 | ALLY FINANCIAL »» 01P | Secured Creditors | $6,863.55 | $4,583.20 | $2,280.35 |
| 18 | ALLY FINANCIAL | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | ACCOUNT RECEIVABLE SOLUTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | BERKHEIMER ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | BERKS CREDIT & COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | COLLECTION BUREAU OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | PROFESSIONAL ACCOUNT MANAGEMENT LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | TNB-TARGET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $86,080.73 | Current Monthly Payment: | $1,262.00 |
| Paid to Claims: | $77,573.01 | Arrearages: | ($336.81) |
| Paid to Trustee: | $7,342.92 | Total Plan Base: | $100,887.92 |
| Funds on Hand: | $1,164.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.