# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

**In RE:**

PAMELA CHRISTINE WOLKE

ANDREW WILLIAM WOLKE

**Debtor(s)**

**Chapter:** 13

**Claim Number:** 1

**Case Number:** 17-15277

## NOTICE OF CREDITOR CHANGE OF ADDRESS

The creditor in the above-entitled case hereby requests that the mailing address pertaining to PAYMENTS only, listed in the above stated case, be changed.

Check which type of address change is being requested:

[ ] Notice only     [√] Payment only     [ ] Notice & Payment

**PAYMENT ADDRESS**

FROM:

Payment Processing Center

P.O. Box 78367

Phoenix, AZ 85062

TO:

Payment Processing Center

P.O. Box 660618

Dallas, TX 75266-0618

Date: 06/28/2024

/s/ Amitkumar Sharma

Creditor's Authorized Agent for Ally Financial

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

In RE:

PAMELA CHRISTINE WOLKE
ANDREW WILLIAM WOLKE

Debtor(s)

Chapter: 13

Case Number: 17-15277

# Certificate of Service

I certify that on 06/28/2024, I caused to be served a true and correct copy of the foregoing document by electronic mail or by first class mail with postage prepaid on the following:

Via CM / ECF / NEF

Attorney for Debtor
LYNN E FELDMAN
FELDMANFILING@RCN.COM

Trustee
SCOTT F WATERMAN
ECFMail@ReadingCh13.com

United States Trustee
UNITED STATES TRUSTEE

/s/ Amitkumar Sharma
Amitkumar Sharma
AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118
888-455-6662
ECFNotices@aisinfo.com