**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       PAMELA CHRISTINE WOLKE
             ANDREW WILLIAM WOLKE

                                          :       Bankruptcy No. 17-15277 PMM
                                          :
             Debtor                       :       Chapter 13

**DEBTORS CERTIFICATION REGARDING**
**DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522 (q)**

*If a joint petition is filed, each spouse must complete and file a separate certification.*

**Part I. Certification Regarding Domestic Support Obligations (Check no more than one)**

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

**XX** I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

___ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II. If you checked the second box, you must provide the information below.**

*My current address is:*_____

_____

*My current employer and my employer's*
*Address:*_____

**Part III. Certification to 11 U.S.C. Section 1328(h), I certify that:**

**XX**    I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875 in value in the aggregate.

____    I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1) and (2) that exceeds $136,875 in value in the aggregate.

**Part IV   Debtor's Signature**

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated:__August 20, 2024_____              BY:   */s/ Andrew William Wolke*