# IN THE UNITED STATES BANKRUPTCY COURT
# OF THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   PAMELA CHRISTINE WOLKE
         ANDREW WILLIAM WOLKE

:   Bankruptcy No. 17-15277 PMM
:
         Debtor             :   Chapter 13

## DEBTORS CERTIFICATION REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522 (q)

*If a joint petition is filed, each spouse must complete and file a separate certification.*

**Part I. Certification Regarding Domestic Support Obligations (Check no more than one)**

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

**XX** I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

___ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

**Part II. If you checked the second box, you must provide the information below.**

My current address is:_____

_____

My current employer and my employer's
Address:_____

**Part III. Certification to 11 U.S.C. Section 1328(h), I certify that:**

**XX**   I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $136,875 in value in the aggregate.

___ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1) and (2) that exceeds $136,875 in value in the aggregate.

**Part IV   Debtor's Signature**

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated:_August 20, 2024_____        BY:   */s/ Pamela Christine Wolke*