United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 17-15277-pmm
Pamela Christine Wolke  Chapter 13
Andrew William Wolke
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4
Date Rcvd: Aug 20, 2024      Form ID: 138OBJ      Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Pamela Christine Wolke, Andrew William Wolke, 21 Country Side Ct, Easton, PA 18045-7458 |
| 14902462 | | Ally Bank, C/O Amitkumar Sharma, AIS Portfolio Services, LLC, Payment Processing Center, P.O. Box 660618 Dallas, TX 75266-0618 |
| 14612367 | + | Ally Financial Inc., c/o Regina Cohen, Esquire, 190 N. Independence Mall West, Suite 500, 5th and Race Streets, Philadelphia, PA 19106-1557 |
| 14612685 | + | Ally Financial Inc., c/o Regina Cohen, Esquire, LAVIN, CEDRONE, GRAVER, BOYD & DiSIPIO, 190 North Independence Mall West, Suite, 6th and Race Streets Philadelphia, PA 19106-1554 |
| 13962218 | | County Of Northampton, PO Box 25008, Lehigh Valley, PA 18002-5008 |
| 13962223 | | Nora Viggiano, Esq, 500 BNY Ind Ctr Ste 400, Houston, TX 77042 |
| 13962226 | | Professional Account Management LLc, PO Box 1520 Box 1520, Milwaukee, WI 53201-1520 |
| 14269039 | + | Selene Finance LP, c/o Kevin G. McDonald, Esq., 701 Market Street, Ste 5000, Philadelphia, PA 19106-1541 |
| 14000052 | + | TD Bank, N.A., c/o Martin A. Mooney, Esq., 950 New Loudon Road, Ste 109, Latham, NY 12110-2190 |
| 13962230 | | Township Of Palme, 3 Weller Pl, Palmer, PA 18045-1975 |
| 14698046 | + | Township of Palmer, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 13990989 | + | Wilmington Savings Fund Society, d/b/a Christiana Trust, c/o Christopher K. Baxter, Esq., 14643 Dallas Parkway, Ste 750, Dallas, TX 75254-8884 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Aug 20 2024 23:17:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Aug 20 2024 23:17:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13962212 | | Email/Text: ebn@americollect.com | Aug 20 2024 23:17:00 | Americollect, PO Box 1566, Manitowoc, WI 54221-1566 |
| 13962210 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 20 2024 23:18:00 | Account Receivable Solutions, PO Box 184, Saint Johns, MI 48879-0184 |
| 14627008 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 20 2024 23:26:33 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 13974962 | | Email/Text: ally@ebn.phinsolutions.com | Aug 20 2024 23:17:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 13962211 | | Email/Text: ally@ebn.phinsolutions.com | Aug 20 2024 23:17:00 | Ally Financial, 200 Renaissance Ctr, Detroit, MI 48243-1300 |
| 14026969 | | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 23:26:33 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13962213 | | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 23:26:32 | Amex, PO Box 297871 Box 297871, Fort Lauderdale, FL 33329-7871 |
| 13962214 | | Email/Text: dltlegal@hab-inc.com | | |

District/off: 0313-4 — User: admin — Page 2 of 4
Date Rcvd: Aug 20, 2024 — Form ID: 138OBJ — Total Noticed: 45

| Recipient ID | | Delivery Method | Timestamp | Recipient |
|---|---|---|---|---|
| | | | Aug 20 2024 23:17:00 | Berkheimer, PO Box 25153, Lehigh Valley, PA 18002-5153 |
| 13962215 | | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Aug 20 2024 23:18:00 | Berks Credit & Collection, PO Box 329, Temple, PA 19560-0329 |
| 14020565 | | Email/Text: bnc-thebureaus@quantum3group.com | Aug 20 2024 23:17:00 | Bureaus Investment Group Portfolio No 15 LLC, PO BOX 788, Kirkland, WA 98083-0788 |
| 14026968 | | Email/PDF: bncnotices@becket-lee.com | Aug 20 2024 23:26:33 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 13999970 | + | Email/Text: bankruptcy@cavps.com | Aug 20 2024 23:17:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13962217 | | Email/Text: nita.hosfelt@reducear.com | Aug 20 2024 23:18:00 | Collection Bur Of America, 711 Eglin Pkwy NE, Fort Walton Beach, FL 32547-2527 |
| 13962219 | | Email/Text: mrdiscen@discover.com | Aug 20 2024 23:17:00 | Discover Financial Services, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 13981425 | | Email/Text: mrdiscen@discover.com | Aug 20 2024 23:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 13962220 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 20 2024 23:17:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 13962216 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 20 2024 23:26:40 | Chase Card Services, PO Box 15298, Wilmington, DE 19850-5298 |
| 13962221 | | Email/Text: Bankruptcy@keystonecollects.com | Aug 20 2024 23:17:00 | Keystone Collections Group, 546 Wendel Rd, Irwin, PA 15642-7539 |
| 13962222 | | Email/Text: PBNCNotifications@peritusservices.com | Aug 20 2024 23:17:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 13962225 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 20 2024 23:26:38 | Portfolio Recovery Assoc., 120 Corporate Blvd, Norfolk, VA 23502-4952 |
| 13962224 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2024 23:17:00 | Pa Dept Of Revenue, Dept 280946 Bankruptcy Division, Harrisburg, PA 17128-0001 |
| 13985032 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 20 2024 23:17:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, Pa. 17128-0946 |
| 14030209 | + | Email/Text: bkteam@selenefinance.com | Aug 20 2024 23:17:00 | Selene Finance LP, Attn: Bk Dept, 3501 Olympus Blvd., Ste 500, Dallas, TX 75019-6295 |
| 13962613 | ^ | MEBN | Aug 20 2024 23:16:36 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13962227 | | Email/Text: bankruptcy@td.com | Aug 20 2024 23:17:00 | TD Bank NA, 32 Chestnut St, Lewiston, ME 04240-7744 |
| 14033962 | | Email/Text: bankruptcy@td.com | Aug 20 2024 23:17:00 | TD Bank, N.A., c/o Schiller Knapp Lefkowitz Hertzel LLP, 70 Gray Road, Falmouth, ME 04105 |
| 14034774 | + | Email/Text: bncmail@w-legal.com | Aug 20 2024 23:17:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 13962228 | + | Email/Text: bncmail@w-legal.com | Aug 20 2024 23:17:00 | TD Bank USA/Target Credit, 3701 Wayzata Blvd, Minneapolis, MN 55416-3440 |
| 13962229 | | Email/Text: bnc-thebureaus@quantum3group.com | Aug 20 2024 23:17:00 | The Bureaus, 1717 Central St, Evanston, IL 60201-1507 |
| 13962231 | | Email/Text: bkteam@selenefinance.com | Aug 20 2024 23:17:00 | Wilmington Savings Fund Society, 9990 Richmond Ave Ste 400, Houston, TX 77042-4546 |
| 14269325 | + | Email/Text: RASEBN@raslg.com | Aug 20 2024 23:17:00 | Wilmington Savings Fund Society, FSB, c/o RAS Crane, LLC, Bankruptcy Department, 10700 Abbott's Bridge Road, Ste 170, Duluth, GA 30097-8461 |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 4 |
| Date Rcvd: Aug 20, 2024 | Form ID: 138OBJ | Total Noticed: 45 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 22, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:

**Name**     **Email Address**

DENISE ELIZABETH CARLON
    on behalf of Creditor Wilmington Savings Fund Society  FSB bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

HAROLD N. KAPLAN
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Palmer jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

KEVIN G. MCDONALD
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

LYNN E. FELDMAN
    on behalf of Debtor Pamela Christine Wolke feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com

LYNN E. FELDMAN
    on behalf of Joint Debtor Andrew William Wolke feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com

MARTIN A. MOONEY
    on behalf of Creditor TD BANK  N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Wilmington Savings Fund Society  FSB mimcgowan@raslg.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

District/off: 0313-4     User: admin     Page 4 of 4
Date Rcvd: Aug 20, 2024     Form ID: 138OBJ     Total Noticed: 45
TOTAL: 14

*Form 138OBJ* (6/24)−doc 128 − 125

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) <br>    Pamela Christine Wolke ) <br> ) <br> ) <br>    Andrew William Wolke ) <br> ) <br>    Debtor(s). ) | Case No. 17−15277−pmm <br><br> Chapter: 13 |

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: August 20, 2024

For The Court

Timothy B. McGrath
Clerk of Court