United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 17-15277-pmm
Pamela Christine Wolke     Chapter 13
Andrew William Wolke
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Aug 20, 2024     Form ID: 234     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Pamela Christine Wolke, Andrew William Wolke, 21 Country Side Ct, Easton, PA 18045-7458 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2024     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society  FSB bkgroup@kmllawgroup.com |
| HAROLD N. KAPLAN | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Township of Palmer jwood@portnoffonline.com  jwood@ecf.inforuptcy.com |
| KEVIN G. MCDONALD | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com |

District/off: 0313-4     User: admin     Page 2 of 2
Date Rcvd: Aug 20, 2024     Form ID: 234     Total Noticed: 1

LYNN E. FELDMAN
    on behalf of Joint Debtor Andrew William Wolke feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com

LYNN E. FELDMAN
    on behalf of Debtor Pamela Christine Wolke feldmanfiling@rcn.com feldman.lynnb123770@notify.bestcase.com

MARTIN A. MOONEY
    on behalf of Creditor TD BANK  N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Wilmington Savings Fund Society  FSB mimcgowan@raslg.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com mmalone@lavin-law.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 14

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Pamela Christine Wolke and Andrew
William Wolke

       Debtor(s)                        Case No: 17−15277−pmm

                                                       Chapter: 13

_____

### *NOTICE OF TERMINATION OF WAGE ORDER*

NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed a notice indicating that all plan payments have been made.

2. **Pursuant to the Amended Standing Order of this Court, Misc. No. 22−03003, any wage order entered in this case has been TERMINATED and the employer shall cease wage withholding EFFECTIVE IMMEDIATELY upon receipt of notice of the termination of the wage order.**

3. Pursuant to the Standing Order, **the Debtor(s) counsel must serve this Notice on the employer FORTHWITH.**

                                                                                   For The Court

                                                                                   Timothy McGrath,
                                                                                  Clerk of Court

Date: 8/20/24