| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 17-15277-PMM**

ANDREW WILLIAM  WOLKE
PAMELA CHRISTINE  WOLKE
21 COUNTRY SIDE CT
EASTON  PA    18045-7458

Petition Filed Date: 08/02/2017
341 Hearing Date: 10/03/2017
Confirmation Date: 03/01/2018

Case Status: Completed on 8/14/2024

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $1,280.00 | | 09/13/2023 | $1,280.00 | | 10/12/2023 | $1,280.00 | |
| 11/13/2023 | $1,280.00 | | 12/11/2023 | $1,280.00 | | 01/12/2024 | $1,280.00 | |
| 02/13/2024 | $1,280.00 | | 03/13/2024 | $1,280.00 | | 04/10/2024 | $1,280.00 | |
| 05/13/2024 | $1,280.00 | | 06/12/2024 | $1,280.00 | | 07/15/2024 | $1,280.00 | |

**Total Receipts for the Period:  $15,360.00   Amount Refunded to Debtor Since Filing:  $552.81   Total Receipts Since Filing: $101,440.73**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 7 | AMERICAN EXP CENTURION BANK<br>»»  007 | Unsecured Creditors | $2,328.72 | $106.80 | $2,221.92 |
| 1 | ALLY BANK<br>»»  001 | Secured Creditors | $120.22 | $120.22 | $0.00 |
| 5 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC<br>»»  005 | Unsecured Creditors | $11,424.90 | $523.97 | $10,900.93 |
| 6 | CAPITAL ONE NA<br>»»  006 | Unsecured Creditors | $1,084.41 | $49.74 | $1,034.67 |
| 4 | CAVALRY SPV INVESTMENTS LLC<br>»»  004 | Unsecured Creditors | $4,496.69 | $206.23 | $4,290.46 |
| 2 | DISCOVER BANK<br>»»  002 | Unsecured Creditors | $1,062.25 | $48.72 | $1,013.53 |
| 15 | UNITED STATES TREASURY (IRS)<br>»»  15P | Priority Creditors | $10,459.00 | $10,459.00 | $0.00 |
| 11 | KEYSTONE COLLECTIONS GROUP<br>»»  011 | Priority Creditors | $117.50 | $117.50 | $0.00 |
| 12 | KEYSTONE COLLECTIONS GROUP<br>»»  012 | Priority Creditors | $117.50 | $117.50 | $0.00 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»»  09P | Priority Creditors | $1,171.63 | $1,171.63 | $0.00 |
| 9 | KEYSTONE COLLECTIONS GROUP<br>»»  09U | Unsecured Creditors | $328.67 | $15.07 | $313.60 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»»  10P | Priority Creditors | $1,171.59 | $1,171.59 | $0.00 |
| 10 | KEYSTONE COLLECTIONS GROUP<br>»»  10U | Unsecured Creditors | $328.63 | $15.07 | $313.56 |
| 3 | PA DEPARTMENT OF REVENUE<br>»»  03P | Priority Creditors | $1,254.88 | $1,254.88 | $0.00 |

**Chapter 13 Case No. 17-15277-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 3 | PA DEPARTMENT OF REVENUE »» 03U | Unsecured Creditors | $70.83 | $3.25 | $67.58 |
| 8 | SELENE FINANCE LP »» 008 | Mortgage Arrears | $34,353.54 | $34,353.54 | $0.00 |
| 13 | TD BANK NA »» 013 | Mortgage Arrears | $29,742.12 | $29,742.12 | $0.00 |
| 14 | TD BANK USA NA »» 014 | Unsecured Creditors | $233.56 | $10.71 | $222.85 |
| 15 | LYNN E FELDMAN ESQ »» 015 | Attorney Fees | $3,070.00 | $3,070.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $750.00 | $750.00 | $0.00 |
| 16 | SELENE FINANCE LP »» 08P | Secured Creditors | $1,031.00 | $1,031.00 | $0.00 |
| 0 | LYNN E FELDMAN ESQ | Attorney Fees | $875.00 | $875.00 | $0.00 |
| 17 | ALLY FINANCIAL »» 01P | Secured Creditors | $6,863.55 | $6,863.55 | $0.00 |
| 18 | ALLY FINANCIAL | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | ACCOUNT RECEIVABLE SOLUTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | AMERICOLLECT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | BERKHEIMER ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | BERKS CREDIT & COLLECTIONS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | CHASE BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 26 | COLLECTION BUREAU OF AMERICA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 29 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 30 | PROFESSIONAL ACCOUNT MANAGEMENT LLC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | TNB-TARGET | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW WILLIAM WOLKE | Debtor Refunds | $552.81 | $552.81 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $101,440.73 | Current Monthly Payment: | $1,262.00 |
| Paid to Claims: | $92,629.90 | Arrearages: | $0.00 |
| Paid to Trustee: | $8,810.83 | Total Plan Base: | $100,887.92 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.