UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

IN RE:                                                                             CASE NO.: 17-15277
                                                                                        CHAPTER 13

**Pamela Christine Wolke,**
  Debtor.

**Andrew William Wolke,**
  Joint Debtor.

_____/

## **REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                   Attorney for Secured Creditor
                                                   13010 Morris Rd., Suite 450
                                                   Alpharetta. GA  30004
                                                   Telephone: 470-321-7112
                                                   Facsimile: 404-393-1425

                                      By: <u>/s/Michelle L. McGowan, Esq.</u>
                                                   Michelle L. McGowan, Esq.
                                                   Email: mimcgowan@raslg.com

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on August 28, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

PAMELA CHRISTINE WOLKE
21 COUNTRY SIDE CT
EASTON, PA 18045-7458

ANDREW WILLIAM WOLKE
21 COUNTRY SIDE CT
EASTON, PA 18045-7458

And via electronic mail to:

FELDMAN LAW OFFICE
2310 WALBERT AVE, STE 103
ALLENTOWN, PA 18104

FELDMAN LAW OFFICE
2310 WALBERT AVE, STE 103
ALLENTOWN, PA 18104

SCOTT F. WATERMAN [CHAPTER 13]
CHAPTER 13 TRUSTEE
2901 ST. LAWRENCE AVE. SUITE 100
READING, PA 19606

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
SUITE 320
PHILADELPHIA, PA 19107

                                              By: /s/ Angela Gill