United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-15277-pmm |
| Pamela Christine Wolke | Chapter 13 |
| Andrew William Wolke | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 24, 2025 | Form ID: 138FIN | Total Noticed: 3 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Pamela Christine Wolke, Andrew William Wolke, 21 Country Side Ct, Easton, PA 18045-7458 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: taxclaim@countyofberks.com | Jan 25 2025 00:22:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 25 2025 00:23:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Jan 26, 2025 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jan 24, 2025 | Form ID: 138FIN | Total Noticed: 3 |

DENISE ELIZABETH CARLON
    on behalf of Creditor Wilmington Savings Fund Society  FSB bkgroup@kmllawgroup.com

HAROLD N. KAPLAN
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust hkaplan@rasnj.com

JAMES RANDOLPH WOOD
    on behalf of Creditor Township of Palmer jwood@portnoffonline.com  jwood@ecf.inforuptcy.com

KEVIN G. MCDONALD
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com

LISA MARIE CIOTTI
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com  ecf_frpa@trustee13.com

LYNN E. FELDMAN
    on behalf of Debtor Pamela Christine Wolke feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com

LYNN E. FELDMAN
    on behalf of Joint Debtor Andrew William Wolke feldmanfiling@rcn.com  feldman.lynnb123770@notify.bestcase.com

MARTIN A. MOONEY
    on behalf of Creditor TD BANK  N.A. Martin.Mooney@ag.ny.gov, kcollins@schillerknapp.com

MICHELLE L. MCGOWAN
    on behalf of Creditor U.S. Bank Trust National Association mimcgowan@raslg.com

MICHELLE L. MCGOWAN
    on behalf of Creditor Wilmington Savings Fund Society  FSB mimcgowan@raslg.com

REGINA COHEN
    on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com  mmalone@lavin-law.com

ROLANDO RAMOS-CARDONA
    on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 15

*Form 138FIN* (6/24)−doc 138 − 137

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Pamela Christine Wolke | ) | Case No. 17−15277−pmm |
| | ) | |
|   Andrew William Wolke | ) | Chapter: 13 |
| | ) | |
|   Debtor(s). | ) | |

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

    To all creditors and parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

> Eastern District of Pennsylvania
> United States Bankruptcy Court
> Office of the Clerk, Gateway Building
> 201 Penn Street, 1st Floor
> Reading, PA 19601

    In the absence of any objection, the Court may approve the Trustee's Final Report and Account.

Date: January 24, 2025                                                                                                    For The Court

                                                                                                                                             Timothy B. McGrath
                                                                                                                                             Clerk of Court